### In re RUSSOMANNO.

(Circuit Court, S. D. New York. January 30, 1904.)

**1. ALIENS—DEPORTATION—PROCEEDINGS—LIMITATION.**

Where a proceeding for the deportation of an alien, as authorized by Act March 3, 1891, c. 551, 26 Stat. 1084 [U. S. Comp. St. 1901, p. 1294], was not begun by the seizure of the alien within one year next after his last entry into the United States, as required by section 11 (26 Stat. 1086 [U. S. Comp. St. 1901, p. 1299]), the proceeding was barred.

Charles G. F. Wahle, for the writ.
Robt. A. Paddock, opposed.

LACOMBE, Circuit Judge. The authority to deport this alien is to be found in the act of 1891 (Act March 3, 1891, c. 551, § 11, 26 Stat. 1086 [U. S. Comp. St. 1901, p. 1299]), not in the act of 1903. Inasmuch as he was not seized, even, for purposes of deportation, until more than a year had elapsed after his last entry into the United States, the time within which he could be taken into custody under the act of 1891 had fully expired.

The prisoner is discharged.